**Appeal No. 21-56196**

# United States Court of Appeals
# For the Ninth Circuit

ROBERT J., BUGIELSKI and CHAD SIMICEK, individually as a participant in the
AT&T RETIREMENT SAVINGS PLAN
And on behalf of a class of all those similarly situated,

*Plaintiffs-Appellants,*

- v. -

AT&T SERVICES, INC., and BENEFIT PLAN INVESTMENT COMMITTEE,

*Defendants-Appellants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES IN CASE No. 2:17-cv-8106-VAP-RAO VIRGINIA PHILLIPS, DISTRICT JUDGE

**PLAINTIFFS-APPELLANTS' OPPOSITION TO THE MOTION OF THE ERISA INDUSTRY COMMITTEE, THE AMERICAN BENEFITS COUNCIL, SOCIETY OF PROFESSIONAL ASSET MANAGERS AND RECORDKEEPERS AND COMMITTEE ON INVESTMENT OF EMPLOYEE BENEFIT ASSETS INC. AS *AMICI CURIAE* IN SUPPORT OF GRANTING APPELLEES' PETITION FOR PANEL REHEARING OR REHEARING *EN BANC***

TODD S. COLLINS
BERGER MONTAGUE PC
1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

TODD M. SCHNEIDER
JOHN J. NESTICO
JAMES A. BLOOM
SCHNEIDER WALLACE COTTRELL KONECKY, LLP
2000 POWELL STREET, SUITE 1400
EMERYVILLE, CA 94608

*ATTORNEYS FOR PLAINTIFFS-APPELLANTS*

Plaintiffs-Appellants hereby oppose the Motion of The ERISA Industry Committee ("EIRC"), The American Benefits Council ("ABC"), Society of Professional Asset Managers and Recordkeepers ("SPARKS") and Committee On Investment Of Employee Benefit Assets Inc. ("CIEBA") (the "Joint Motion") to participate as *amicus* in support of Defendants-Appellees AT&T Services, Inc. and AT&T Benefit Plan Investment Committee's petition for rehearing *en banc.*

First, the proposed brief in support of the Joint Motion suffers from the same flawed arguments as the submission on behalf of the Chamber of Commerce of the United States of America, (ECF No. 60), most notably in assuming that all contracts with 401(k) plans for necessary services are arms'-length, fair and reasonable. Therefore Plaintiffs oppose the Joint Motion for the same reasons articulated in Plaintiffs' Opposition to the Motion of the Chamber of Commerce of the United States of America to Participate as *Amicus Curaie* in Support of Petitioners, ECF No. 64.

The proposed brief in support of the Joint Motion suffers from an additional infirmity. "An amicus brief should normally be allowed . . . when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Cmty. Ass'n for Restoration of the Env't v. Deruyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999). The memorandum in support of the Joint Motion makes the inaccurate assertion:

> [I]n identifying the relevant statutory provisions, the panel omitted from its analysis the first words of § 406(a): 'Except as provided in section 1108 of this title.' *See* 29 U.S.C. 1106(a). Section 1108(b) says, in turn, the 'prohibitions . . . in section 1106 . . . shall not apply' to '[c]ontracting . . . for . . . services necessary for the establishment or operation of the plan, if no more than reasonable compensation is paid therefor.' 29 U.S.C. § 1108(b).

Memorandum at 16. The panel's opinion, however, refers to ERISA § 408(b)(2), 29 U.S.C. § 1108(b)(2), and its implementing regulation no less than 43 times, reflecting its thorough and comprehensive examination of the exemption that is the subject of the language "except as provided in section 1108." And, of course, the entire focus of the exemption provided by ERISA § 408(b)(2) and its implementing regulation is to prescribe a process to determine whether the compensation to be received for the services provided is not more than reasonable compensation.  In this light, the memorandum in support of the Joint Motion is unlikely to provide any unique information or perspective that can help the court in any way.

For the foregoing reasons, the Joint Motion should be denied.

Dated: September 15, 2023

*/s/ John J. Nestico*
TODD M. SCHNEIDER
JOHN J. NESTICO
JAMES A. BLOOM
SCHNEIDER WALLACE
COTTRELL KONECKY, LLP
2000 POWELL STREET, SUITE 1400
Emeryville, CA 94608

TODD S. COLLINS
ELLEN T. NOTEWARE
BERGER MONTAGUE PC
1818 MARKET STREET, SUITE 3600
Philadelphia, PA 19103

Eric Lechtzin (SBN 248958)
EDELSON LECHTZIN LLP
411 South State Steet, Suite N-300
Newtown, PA 18940
Telephone: (215) 867-2399
Facsimile: (267) 685-0676
elechtzin@edelson-law.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing Plaintiff-Appellant's Opposition with the Clerk of the United States Court of Appeals for the Ninth Circuit via the CM/ECF system this 15th day of September 2023 to be served on all counsel of record for in this appeal.

*/s/ John J. Nestico*
John J. Nestico